

**NUMBER 13-13-00266-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**THE STATE OF TEXAS,** Appellant,

**v.**

**ARTURO VILLARREAL,** Appellee.

---

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Longoria
### Memorandum Opinion Per Curiam

Appellant, the State of Texas, by and through its District Attorney, the Honorable Mark Skurka, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  No decision of this Court having been delivered to date, we GRANT the motion and DISMISS the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
25th day of July, 2013.